# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 160 WAL 2015
:
Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
v.   :
:
:
:
DARRELL D. GOREE,   :
:
Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.